IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CIARA ARTER PLAINTIFF

v. CASE NO. 2:26-CV-02171-DCF

DILLARD'S, INC; DENNIS HIX,
General Manager; INGRID LOPEZ,
Area Sales Manager; and HAILEY,
Business Manager DEFENDANTS

**SERVICE ORDER**

Plaintiff filed her Complaint and Application to proceed in forma pauperis ("IFP Application") on October 20, 2026. (ECF Nos. 1, 2). The Court granted Plaintiff's IFP Application on October 21, 2026 (ECF No. 5) and directed her to file an Amended Complaint. (ECF No. 6). Plaintiff filed her First Amended Compliant on October 28, 2026. (ECF No. 7).

Accordingly, the Court hereby directs the United States Marshal to serve the Defendants as follows:

DILLARD'S, Inc.
1600 Cantrell Road
Little Rock, AR 72201

DENNIS HIX
Dillard's General Manager
5111 Rogers Avenue
Fort Smith, AR 72903

INGRID LOPEZ
Dillard's Area Sales Manager
5111 Rogers Avenue
Fort Smith, AR 72903

HAILEY
Dillard's Business Manager
5111 Rogers Avenue
Fort Smith, AR 72903

The Defendants may be served without prepayment of fees and costs or security therefor by certified mail with a return receipt requested. The Clerk is directed to prepare and issue Summons and a USM 285 for each Defendant being served.

**Defendants are ordered to answer within twenty-one (21) days from the date of service.**

IT IS SO ORDERED this the 6th day of November 2026.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE